TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
trevorcoddington@sandiegoiplaw.com
SAN DIEGO IP LAW GROUP LLP
703 Palomar Airport Road, Suite 210
Carlsbad, CA 92011
Telephone: (442) 325-1024
Facsimile: (858) 408-4422

*Attorneys for Plaintiff*,
CONFIDENT TECHNOLOGIES, INC.


BRENT RAY (*pro hac vice*)
bray@kslaw.com
KING & SPALDING LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone:  (312) 764-6925

Attorneys for Defendant,
BESTBUY.COM, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFIDENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BESTBUY.COM, LLC, <br><br> Defendant. | Case No.:  18-cv-2552 JLS (LL) <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff Confident Technologies, Inc. and Defendant BestBuy.com, LLC (collectively, the "Parties") have reached a settlement in the above-captioned action. A written settlement agreement is being finalized. The Parties expect to file a joint motion for dismissal of all claims and counterclaims with prejudice, each party to bear its own fees and costs, by August 9, 2019. In view of the settlement, the Parties respectfully request the Court to suspend all upcoming deadlines including service of Defendant's Preliminary Invalidity Contentions due July 26, 2019.

Dated: July 24, 2019                     SAN DIEGO IP LAW GROUP LLP

                                         By:  /s/Trevor Coddington
                                              TREVOR Q. CODDINGTON, PH.D.

                                              *Attorneys for Plaintiff*,
                                              CONFIDENT TECHNOLOGIES, INC.

Dated: July 24, 2019                     KING & SPALDING LLP

                                         By:  /s/Brent Ray
                                              BRENT RAY

                                              *Attorneys for Defendant*,
                                              BESTBUY.COM, LLC

# CERTIFICATION

Pursuant to Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual, the undersigned certifies that the content of this document is acceptable to all parties required to sign the document and that it has obtained authorization to affix their electronic signatures hereto.

Dated: July 24, 2019                    SAN DIEGO IP LAW GROUP LLP


By:     /s/Trevor Coddington
        TREVOR Q. CODDINGTON, PH.D.

        *Attorneys for Plaintiff*,
        CONFIDENT TECHNOLOGIES, INC.