1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFIDENT TECHNOLOGIES, INC., | Case No.:  18cv2552-JLS-LL |
| Plaintiff, | |
| v. | **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| BESTBUY.COM, LLC, | |
| Defendant. | |

In a notice of settlement dated July 24, 2019, the Parties informed the Court that a settlement has been reached. <u>See</u> ECF No. 33. After consulting with the district judge, and because the case has settled, the Court vacates all pending dates and deadlines in the action.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **<u>August 9, 2019</u>**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1

1       If the fully executed joint motion for dismissal is not filed by **August 9, 2019**, then

2   all counsel of record and unrepresented parties are required to appear in person for a

3   Settlement Disposition Conference. The Settlement Disposition Conference will be held

4   on **August 13, 2019** at **9:30 a.m.** in **Courtroom 2B**.

5       If counsel of record or any unrepresented party fails to appear at the Settlement

6   Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a

7   timely manner, the Court will issue an order to show cause why sanctions should not be

8   imposed for failing to comply with this Order.

9       **IT IS SO ORDERED**.

10  Dated:  July 25, 2019

11

12                        Honorable Linda Lopez

13                        United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18cv2552-JLS-LL